# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN PACE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>OMNI FAMILY HEALTH,<br><br>　　　　　　　Defendant. | Case No. 1:24-cv-01277-JLT-CDB<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF MODIFYING BRIEFING SCHEDULE ON MOTION TO REMAND AND MOTION TO SUBSTITUTE** |

Good cause having been shown, IT IS HEREBY ORDERED that the briefing schedule for the Motion to Substitute and Motion to Remand is amended as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Defendant's Motion to Substitute | January 24, 2025 | Same |
| Defendant's Opposition to Motion to Remand | February 14, 2025 | February 28, 2025 |
| Plaintiffs' Opposition to Motion to Substitute | February 14, 2025 | February 28, 2025 |
| Plaintiffs' Reply In Support of Remand | February 28, 2025 | March 21, 2025 |
| Defendant's Reply In Support of Motion to Substitute | February 28, 2025 | March 21, 2025 |
| Combined Hearing on Motion to Remand and Motion to Substitute | April 14, 2025 | April 29, 2025 |

IT IS SO ORDERED.

　　Dated:　**February 13, 2025**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-