

# United States District Court
# Eastern District of California

| Ellen Pace, et al. | Case Number: 1:24-cv-01277-JLT-CDB |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Omni Family Health | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jeffrey S. Goldenberg hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff, Melanie Gray

On 11/14/1994 (date), I was admitted to practice and presently in good standing in the Ohio Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/25/2025        Signature of Applicant: /s/ Jeffrey S. Goldenberg

Case 1:24-cv-01277-JLT-CDB   Document 29   Filed 02/26/25   Page 2 of 2

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jeffrey S. Goldenberg |
| Law Firm Name: | Goldenberg Schneider, LPA |
| Address: | 4445 Lake Forest Drive |
| | Suite 490 |
| City: | Cincinnati   State: OH   Zip: 45242 |
| Phone Number w/Area Code: | (513) 345-8297 |
| City and State of Residence: | Cincinnati, Ohio |
| Primary E-mail Address: | jgoldenberg@gs-legal.com |
| Secondary E-mail Address: | cpence@gs-legal.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | John J. Nelson |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 402 W. Broadway |
| | Suite 1760 |
| City: | San Diego   State: CA   Zip: 92101 |
| Phone Number w/Area Code: | (858) 209-6941   Bar #: 317598 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 26, 2025

_____
JUDGE, U.S. DISTRICT COURT

U.S. District Court – Pro Hac Vice Application    Page 2
Revised July 6, 2021