| | |
|---|---|
| Adam E. Polk (SBN 273000) | M. Anderson Berry (SBN 262879) |
| Patrick T. Johnson (SBN 329580) | Gregory Haroutunian (SBN 330263) |
| **GIRARD SHARP LLP** | **CLAYEO C. ARNOLD** |
| 601 California Street, Suite 1400 | **A PROFESSIONAL CORPORATION** |
| San Francisco, California 94108 | 865 Howe Avenue |
| Telephone: (415) 981-4800 | Sacramento, CA 95825 |
| Facsimile: (415) 981-4846 | Telephone: (916) 239-4778 |
| Email: apolk@girardsharp.com | Facsimile: (916) 924-1829 |
| Email: pjohnson@girardsharp.com | Email: aberry@justice4you.com |
| | Email: gharoutunian@justice4you.com |

*Counsel for Representative Plaintiffs and the Proposed Plaintiff Class*

[*Additional Counsel on signature page*]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN PACE, | Case No. 1:24-cv-01277-JLT-CDB |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO SUBSTITUTE AND MOTION TO REMAND** |
| OMNI FAMILY HEALTH, | |
| Defendant. | |

1  WHEREAS, presently pending before the Court are two motions: Plaintiffs' Motion to
2  Remand (ECF 11 on Docket No. 1:2024-cv-01459) and Defendant's Motion to Substitute (ECF 16
3  in 1:24-cv-01277);

4  WHEREAS, on February 13, 2025, the Court granted the Parties' joint administrative
5  motion and proposed order amending the briefing schedule for those motions (ECF 23);

6  WHEREAS, the Parties filed simultaneous oppositions on February 28, 2025, in accordance
7  with the modified briefing schedule;

8  WHEREAS, replies to the motions are due on March 21, 2025, and a hearing for the two
9  motions is set for April 29, 2025;

10  WHEREAS, the Parties agree that Defendant's Motion to Substitute should be decided first
11  by this Court;

12  WHEREAS, the Parties agree the Court may, in its discretion, hold Plaintiffs' Motion to
13  Remand in abeyance pending determination of the Motion to Substitute;

14  WHEREAS, the Parties agree that once the Motion to Substitute is decided, the Court may
15  then rule on the Motion to Remand, such that if the Motion to Substitute is granted the Motion for
16  Remand shall be denied, and if the Motion to Substitute is denied, the Motion for Remand shall be
17  granted and the removed actions consolidated with *Pace* shall be remanded subject to any appeals;

18  WHEREAS, the Defendant requests, and Plaintiffs do not oppose, modifying the existing
19  briefing schedule to provide an additional five days for the Parties to file replies in support of their
20  respective motions.

21  NOW, THEREFORE, the Parties, by and through their undersigned counsel, jointly stipulate
22  and agree to a modified briefing and hearing schedule, subject to the Court's approval, as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Reply In Support of Remand | March 21, 2025 | March 26, 2025 |
| Defendant's Reply In Support of Motion to Substitute | March 21, 2025 | March 26, 2025 |
| Hearing only on Motion to Substitute | April 29, 2025 | April 29, 2025 |

DATED: March 19, 2025

By: */s/ Adam E. Polk*
**GIRARD SHARP LLP**
Adam E. Polk (State Bar No. 273000)
Tom Watts (State Bar No. 308853)
Patrick T. Johnson (State Bar No. 329580)
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: apolk@girardsharp.com
Email: tomw@girardsharp.com
Email: pjohnson@girardsharp.com

**CLAYEO C. ARNOLD**
M. Anderson Berry, Esq. (S.B. #262879)
Gregory Haroutunian, Esq. (S.B. #330263)
A PROFESSIONAL CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
Email: aberry@justice4you.com
Email: gharoutunian@justice4you.com

*Counsel for Representative Plaintiffs
and the Proposed Plaintiff Class*

By: */s/ Tambry L. Bradford (as authorized on March 19, 2025)*
**TROUTMAN PEPPER LOCKE LLP**
Tambry L. Bradford (SBN 223282)
tambry.bradford@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

**TROUTMAN PEPPER LOCKE LLP**
Ronald I. Raether, Jr. (SBN 303118)
ron.raether@troutman.com
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Telephone: 949.622.2722
Facsimile: 949.622.2739
**BRYAN CAVE LEIGHTON PAISNER LLP**

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTION TO
SUBSTITUTE AND MOTION TO REMAND
Case No. 1:24-cv-01277-JLT-CDB

Daniel T. Rockey (SBN 178604)
daniel.rockey@bclplaw.com
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: 415.675.3400
Facsimile: 415.675.3434

*Attorneys for Defendant,*
*Omni Family Health*

# ORDER

The above stipulation is **APPROVED**. The parties are also informed that once the Court has an opportunity to examine the reply filings, it may take the matter under submission on the papers.

IT IS SO ORDERED.

Dated:   **March 20, 2025**

_____
UNITED STATES DISTRICT JUDGE