Adam E. Polk (SBN 273000)
Patrick T. Johnson (SBN 329580)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: apolk@girardsharp.com
Email: pjohnson@girardsharp.com

M. Anderson Berry, Esq. (SBN 262879)
Gregory Haroutunian, Esq. (SBN 330263)
**CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
Email: aberry@justice4you.com
Email: gharoutunian@justice4you.com

*Counsel for Representative Plaintiffs
and the Proposed Plaintiff Class*

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLEN PACE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OMNI FAMILY HEALTH,<br><br>　　　　Defendant. | Case No. 1:24-cv-01277-JLT-CDB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs and Defendant Omni Family Health ("Omni" or "Defendant" and, together, the "Parties") in the above-captioned consolidated action (the "Consolidated Action") hereby jointly provide this Notice of Settlement through their undersigned counsel.

The Parties have reached an agreement-in-principle that resolves all of the claims alleged in the Class Action Complaints filed in the Consolidated Action. The Parties shall document the proposed settlement in a Settlement Agreement and ancillary documents, and Plaintiffs will thereafter move for preliminary approval of a settlement class pursuant to Fed. R. Civ. P. 23 (e). Plaintiffs respectfully request that the Court set the deadline to file the motion for preliminary approval for June 9, 2025, forty-five (45) days from the date of this Notice.

The Parties respectfully request that the Court confirm that the case deadlines set forth in this matter are stayed. The Parties believe that a stay of the proceedings is in the interest of justice and will preserve party and judicial resources.

DATED: April 23, 2025

**GIRARD SHARP LLP**

*/s/ Adam E. Polk*

Adam E. Polk (SBN 273000)
Patrick T. Johnson (SBN 329580)
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: apolk@girardsharp.com
Email: pjohnson@girardsharp.com

**CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORP.**
M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Fax: (916) 924-1829
Email: aberry@justice4you.com
Email: gharoutunian@justice4you.com

*Counsel for Representative Plaintiffs
and the Proposed Plaintiff Class*

| | | |
|---|---|---|
| 1 | DATED: April 23, 2025 | **TROUTMAN PEPPER LOCKE LLP** |

<u>/s/ Ronald I. Raether, Jr. (as authorized on April 23, 2025)</u>
Ronald I. Raether, Jr. (SBN 303118)
ron.raether@troutman.com
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Telephone: 949.622.2722
Facsimile: 949.622.2739

Angelo A. Stio III (admitted *pro hac vice*)
angelo.stio@troutman.com
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Telephone: 609.951.4125
Facsimile: 609.452.1447

Tambry L. Bradford (SBN 223282)
tambry.bradford@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

*Attorneys for Defendant,*
*Omni Family Health*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                               */s/ Adam E. Polk*
                                               Adam E. Polk