M. Anderson Berry, Esq. (State Bar No. 262879)
Gregory Haroutunian, Esq. (State Bar No. 330263)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile:  (916) 924-1829
Email:   aberry@justice4you.com
Email:   gharoutunian@justice4you.com

Adam E. Polk (State Bar No. 273000)
Patrick T. Johnson (State Bar No. 329580)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: apolk@girardsharp.com
Email: pjohnson@girardsharp.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN PACE,<br><br>                    Plaintiff,<br><br>vs.<br><br>OMNI FAMILY HEALTH,<br><br>                    Defendant. | Case No. 1:24-cv-01277-JLT-CDB<br><br>**JOINT STIPULATION AND**<br>**[~~PROPOSED~~] ORDER REGARDING**<br>**STAY OF PROCEEDINGS PENDING**<br>**FINAL SETTLEMENT APPROVAL** |

///

///

///

///

///

///

///

///

WHEREAS, three cases were filed in this District, beginning on October 20, 2024, with *Pace v. Omni Family Health*, Case No. 1:24-cv-01277-JLT-CDB ("*Pace*"), asserting various common law and statutory claims against Omni Family Health ("Omni") arising out of a security incident Omni discovered on August 7, 2024 (the "Security Incident");[1]

WHEREAS, nineteen additional cases arising out of the Security Incident were originally filed in California Superior Court, Kern County and California Superior Court, Fresno County, beginning on October 21, 2024, with *Angela Miranda v. Omni Fam. Health,* No. BCV-23-103588;[2]

WHEREAS, Defendant subsequently removed all state-court cases to this District, beginning on November 29, 2024, with *Abraham v. Omni Family Health*, Case No. 1:24-cv-01456-JLT-CDB;

WHEREAS, on December 29, 2024, Plaintiffs began to move to remand the removed cases to California Superior Court;

WHEREAS, on January 15, 2025, the Court consolidated the related actions, designating *Pace* as the lead case (the "Consolidated Actions") (ECF 12);[3]

---

[1] The other two federal cases are *Aguirre v. Omni Fam. Health*, 1:24-cv-01361-KES-CDB, which was filed on November 6, 2024, and *Mitchell v. Omni Fam. Health*, 1:24-cv-01384-JLT-CDB, which was filed on November 12, 2024.

[2] The other eighteen state cases are as follows: *Nadine Kelley v. Omni Fam. Health,* No. BCV-24-103591 was filed on October 22, 2024; *Sweeten et al. v. Omni Fam. Health*, No. 1:24-cv-01464, was filed on October 22, 2024; Samantha *Abraham v. Omni Fam. Health,* No. BCV-24-103630 was filed on October 23, 2024; *Jaimee Morland v. Omni Fam. Health,* No. BCV-24-103632 was filed on October 23, 2024; *Daniel Aaron v. Omni Fam. Health,* No. BCV-24-103632 was filed on October 23, 2024; *Karen Bloom v. Omni Fam. Health,* No. BCV-24-103643 was filed on October 24, 2024; *Amy Robison v. Omni Fam. Health*, No. BCV-24-103671 was filed on October 25, 2024; *Stevenson et al. v. Omni Fam. Health*, No. 1:24-cv-01459 was filed on October 25, 2025; Nina *Wall v. Omni Fam. Health*, No. BCV-24-103672 was filed on October 25, 2024; *Eliza Reid v. Omni Fam. Health*, No. BCV-24-103674 was fi led on October 25, 2024; *Katrina Hernandez v. Omni Fam. Health,* No. BCV-24-103697 was filed on October 29, 2024; *Lois Snelson v. Omni Fam. Health,* No. BCV-24-103706 was filed on October 31, 2024; *Salbador Cortez Magana v. Omni Fam. Health*, No. BCV-24-103746 was filed on October 31, 2024; *Melanie Gray v. Omni Fam. Health*, No. BCV-24-103764 was filed on October 31, 2024; *Gober Villatoro Guerra v. Omni Fam. Health*, No. BCV-24-103780 was filed on November 4, 2024; *White et al v. Omni Fam. Health*, No. BCV-24-103902 was filed on November 13, 2024; *Cubit et al v. Omni Fam. Health*, No. BCV-24-104057 was filed on November 22, 2024; *Tammy Billington v. Omni Fam. Health*, No. BCV-25-100067 was filed on January 8, 2025(the "Initial State Court Actions").

[3] Later-removed related cases were subsequently consolidated with *Pace*.

-1-

WHEREAS, on January 24, 2025, Defendant moved to substitute the United States in place of Defendant;

WHEREAS, on March 17, 2025, the Court appointed Adam E. Polk of Girard Sharp LLP and M. Anderson Berry of Clayeo C. Arnold, APC, as Interim Class Counsel.

WHEREAS, on April 23, 2025, while the Motion to Remand and Motion to Substitute were pending, the Parties notified the Court that they had reached an agreement-in-principle that resolves all of the claims alleged in the Consolidated Actions;

WHEREAS, the Court ordered the Plaintiffs to file a motion for preliminary approval of the settlement class no later than June 9, 2025 (ECF 44);

WHEREAS, the Court has not yet ruled on Plaintiffs' Motion to Remand and Defendant's Motion to Substitute and neither of the Parties has abandoned their motion or waived their right to a decision on such motions;

WHEREAS, the Parties have conferred and agreed that, in order to avoid any possible concerns as to this Court's jurisdiction to approve a settlement of the Consolidated Actions prior to ruling on the pending Motions to Remand and to Substitute, and to avoid the unnecessary waste of judicial and party resources associated with again removing the Initial State Court Actions, consolidating the Consolidated Actions, and re-filing the pending Motion to Remand and Motion to Substitute should the settlement for any reason not be approved or finalized, good cause exists to stay the Consolidated Actions pending final approval of the settlement in California Superior Court, Kern County and expiration or exhaustion of all appellate rights with respect to the final approval;

WHEREAS, the Parties agree that, subject to Court approval and entry of a stay, Plaintiffs will file a consolidated complaint in California Superior Court, Kern County on or before July 31, 2025;

WHEREAS, the Parties agree that, subject to Court approval and entry of a stay, the Parties will finalize their settlement agreement and Plaintiffs will move for preliminary approval in California Superior Court on or before August 5, 2025;

1  ///

2  ///

3  ///

4       WHEREAS, the Parties accordingly request that this Court stay the Consolidated

5  Actions pending final approval of a settlement in California Superior Court, Kern County, and

6  expiration or exhaustion of all appellate rights with respect to the final approval;

7       WHEREAS, the Parties agree to provide status updates every 90 days after entry of this

8  stipulated Order, or any other timeframe the Court requires.

9

10      NOW, THEREFORE, the Parties, by and through their undersigned counsel, jointly

11 stipulate and agree, subject to the Court's approval, as follows:

12      1.    The Consolidated Actions are hereby stayed for all purposes pending resolution

13            of the motion for final approval of a settlement in California Superior Court,

14            Kern County, and expiration or exhaustion of all appellate rights with respect to

15            the final approval;

16      2.    Plaintiffs are to move for preliminary approval in California Superior Court on

17            or before August 5, 2025.

18      3.    The Parties shall provide a status update every 90 days following entry of this

19            Order.

20

21 DATED: June 5, 2025

22                    By:    /s/ M. Anderson Berry
                             **CLAYEO C. ARNOLD, APC**
23                           M. Anderson Berry, Esq. (SBN 262879)
                             Gregory Haroutunian, Esq. (SBN330263)
24                           865 Howe Avenue
                             Sacramento, CA 95825
25                           Telephone:  (916) 239-4778
                             Facsimile:   (916) 924-1829
26                           Email:   aberry@justice4you.com
                             Email:   gharoutunian@justice4you.com
27

28

1    ///

2    ///

3    ///

4    ///

5                                    **GIRARD SHARP LLP**
                                     Adam E. Polk (State Bar No. 273000)
6                                    Patrick T. Johnson (State Bar No. 329580)
                                     601 California Street, Suite 1400
7                                    San Francisco, California 94108
                                     Telephone: (415) 981-4800
8                                    Facsimile: (415) 981-4846
                                     Email: apolk@girardsharp.com
9                                    Email: pjohnson@girardsharp.com

10
                                     *Co-Lead Counsel for Plaintiffs and the*
11                                   *Proposed Class*

12

13                      By:    _/s/ Tambry L. Bradford_

14                             *(as authorized on June 5, 2025)*

15                                   **TROUTMAN PEPPER LOCKE LLP**
                                     Tambry L. Bradford (SBN 223282)
16                                   tambry.bradford@troutman.com
                                     Two California Plaza
17                                   350 South Grand Avenue, Suite 3400
                                     Los Angeles, CA 90071
18                                   Telephone: 213.928.9800
                                     Facsimile: 213.928.9850
19

20                                   **TROUTMAN PEPPER LOCKE LLP**
                                     Ronald I. Raether, Jr. (SBN 303118)
21                                   ron.raether@troutman.com
                                     100 Spectrum Center Drive, Suite 1500
22                                   Irvine, CA 92618
                                     Telephone: 949.622.2722
23                                   Facsimile: 949.622.2739

24                                   **BRYAN CAVE LEIGHTON PAISNER**
                                     **LLP**
25                                   Daniel T. Rockey (SBN 178604)
                                     daniel.rockey@bclplaw.com
26                                   Three Embarcadero Center, 7th Floor
                                     San Francisco, CA 94111
27                                   Telephone:  415.675.3400

28

---

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING STAY OF PROCEEDINGS PENDING FINAL SETTLEMENT APPROVAL

1    Facsimile:  415.675.3434

2    *Attorneys for Defendant,*
3    *Omni Family Health*

1

## ORDER

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    IT IS SO ORDERED.

6    Dated:   **June 6, 2025**

UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28