M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
Email: aberry@justice4you.com
Email: gharoutunian@justice4you.com

Adam E. Polk (SBN 273000)
Patrick T. Johnson (SBN 329580)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: apolk@girardsharp.com
Email: pjohnson@girardsharp.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLEN PACE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OMNI FAMILY HEALTH,<br><br>　　　　　Defendant. | Case No. 1:24-cv-01277-JLT-CDB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Jaimee Morland, Nina Wall, Sheila Sweeten, Samantha Abraham, Marcos Montoya, Salbador Cortez Magana, Gober Villatoro Guerra, Alfred Aguirre, Lateisa White, and Brandon Cubit ("Plaintiffs"), individually and on behalf of all others similarly situated, hereby move under Fed. R. Civ. P. 41(a)(1)(A)(i) to dismiss their Complaints in the Consolidated Actions without prejudice. The parties have settled this matter with a Notice of Settlement filed on April 23, 2025 (ECF 43).

This notice of voluntary dismissal does not affect the claims of any other Plaintiffs in this consolidated action.

DATED: August 4, 2025

By: */s/ M. Anderson Berry*
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile:(916) 924-1829
Email:  aberry@justice4you.com
Email:  gharoutunian@justice4you.com

**GIRARD SHARP LLP**
Adam E. Polk (SBN 273000)
Patrick T. Johnson (SBN 329580)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: apolk@girardsharp.com
Email: pjohnson@girardsharp.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*